# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KALLUM ISAIAH EUGENE LATSOS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-21-435-SLP ) |
| DAYLON RIVERS, et al., | ) ) |
| Defendants. | ) ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered June 15, 2021 [Doc. No. 6]. Judge Erwin recommends dismissal of this action without prejudice because Plaintiff failed to comply with an order directing Plaintiff to cure deficiencies with Plaintiff's in forma pauperis motion, which was missing a certified copy of Plaintiff's trust fund account statement. *See* Order Pl. Cure Deficiencies [Doc. No. 5].

The Court observes that in Plaintiff's motion to proceed in forma pauperis, Plaintiff stated that he was having difficulties obtaining this account statement. *See* Appl. Leave Proceed In Forma Pauperis [Doc. No. 2], at 3-4. However, Plaintiff never responded to Judge Erwin's Order to Plaintiff to Cure Deficiencies [Doc. No. 5]. And in his Report and Recommendation, Judge Erwin advised Plaintiff of his right to file an objection by July 2, 2021. Plaintiff never filed an objection to the Report and Recommendation nor sought an extension of time in which to object.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6]

is ADOPTED in its entirety and this matter is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Application for Leave to Proceed In Forma Pauperis [Doc. No. 2] is DENIED AS MOOT.

IT IS SO ORDERED this 15th day of July, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE